THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH E. WELSH, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

VILLAGE OF CATSKILL, Respondent, v. JOHN WINTER, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.